# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DEIBY ALMANZAR,

                      Plaintiff,          **SCHEDULING ORDER**

      -against-                 18 Civ. 10018 (NSR)(JCM)

CITY OF YONKERS, *et al.*,

                      Defendants.
------------------------------------------------------X

TO ALL PARTIES:

The Telephone Conference scheduled for April 24, 2020 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Dated:  March 23, 2020
           White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge